Henry E. Klingeman, Esq.
KLINGEMAN CERIMELE, ATTORNEYS
100 Southgate Parkway, Suite 150
Morristown, New Jersey 07960
973-714-3474/henry@klingemanlaw.com
*Attorneys for Defendant David Patrick Williams*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Peter G. Sheridan<br>United States District Judge |
| vs. | Crim. No. 22-528 (PGS) |
| DAVID PATRICK WILLIAMS,<br><br>Defendant. | **CONSENT ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE** |

**THIS MATTER** having been opened to the Court by Defendant David Patrick Williams (Henry E. Klingeman, Esq., appearing) for an Order Temporarily Modifying Conditions of Release; and the United States Attorney's Office (AUSA Matthew Belgiovine, appearing) and the United States Pretrial Services Agency (by Pretrial Services Officer Christina Venable) having consented to the application; and for good cause shown,

**WHEREFORE, IT IS** on this 6 day of February, 2024,

**ORDERED** that the Defendant shall be permitted to travel with his family members to St. Thomas Island, Virgin Islands, United States from Saturday, February 10, 2024 through Thursday, February 15, 2024; and it is further

**ORDERED** that the Defendant shall provide to the United States Pretrial Services Agency his itinerary, including flight information and lodging arrangements, in advance of travel; and it is further;

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

_____
HONORABLE PETER G. SHERIDAN
Senior United States District Court Judge